# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| ANIKA AARON § | |
| § | |
| V. § | NO. 1:05-CV-694 |
| § | |
| JO ANNE B. BARNHART, § | |
| **Commissioner of Social Security** § | |
| **Administration** § | |

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately, remanding this action to the Commissioner for further consideration of plaintiff's ability to perform past relevant work or other work available in substantial numbers in the national economy.

**SIGNED** this the 8 day of **December, 2006.**

_____
Thad Heartfield
United States District Judge